HANSON BRIDGETT LLP
MICHAEL F. DONNER, SBN 155944
mdonner@hansonbridgett.com
ANTHONY J. DUTRA, SBN 277706
adutra@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:  (415) 777-3200
Facsimile:  (415) 541-9366

Attorneys for Plaintiff
MYERS & SONS CONSTRUCTION, L.P.,

VARELA, LEE, METZ & GUARINO, L.L.P.
BENNETT J. LEE, SBN 230482
blee@vlmglaw.com
NICHOLAS A. MERRELL, SBN 240795
nmerrell@vlmglaw.com
333 Bush Street, Suite 1500
San Francisco, CA 94104
Telephone:  (415) 623-7000
Facsimile:  (415) 623-7001

Attorneys for Defendant
STERLING CONSTRUCTION
COMPANY, INC.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MYERS & SONS CONSTRUCTION, L.P., a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>STERLING CONSTRUCTION COMPANY, INC., a Delaware corporation, d/b/a STERLING CONSTRUCTION ENTERPRISES; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00277-JAM-CKD<br><br>**STIPULATION AND ORDER REMANDING ACTION TO THE CALIFORNIA SUPERIOR COURT FOR THE COUNTY OF SACRAMENTO** |

Plaintiff Myers & Sons Construction, L.P. ("Plaintiff") and Defendant Sterling Construction Company, Inc. ("Defendant," and together with Plaintiff, the "Parties"), by and through their respective counsel hereby stipulate as follows:

WHEREAS, Plaintiff initiated this action by filing a complaint in the California Superior Court for the County of Sacramento on January 13, 2020.

WHEREAS, Defendant filed a Notice of Removal on February 5, 2020 [ECF No. 1], removing the action to this Court.

WHEREAS, the Parties agree that this Court does not have subject matter jurisdiction over the action.

IT IS HEREBY STIPULATED that:

1. This Court should remand this action to the California Superior Court for the County of Sacramento.

IT IS SO STIPULATED.

DATED: February 13, 2020        HANSON BRIDGETT LLP

By: /s/ Michael F. Donner
MICHAEL F. DONNER
Attorneys for Plaintiff
MYERS & SONS CONSTRUCTION, L.P.


DATED: February 13, 2020        VARELA, LEE, METZ & GUARINO, L.L.P.

By: /s/ Nicholas A. Merrell (as authorized on 2/13/20)
NICHOLAS A. MERRELL
Attorneys for Defendant
STERLING CONSTRUCTION COMPANY, INC.

## **ORDER**

Based on the foregoing Stipulation, and good cause showing:

1. This action is hereby remanded to the California Superior Court for the County of Sacramento.

**IT IS SO ORDERED**

Dated: 2/13/2020                                        /s/ John A. Mendez

                                                                                                       U. S. District Court Judge